# Exhibit 2

# Other State Court Filings

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK

Index No. 652743/2023
Calendar No. 06/07/2023

ADEMCO INC. D/B/A RESIDEO

Plaintiff(s) Petitioner(s)

against

TWS TECHNOLOGY LTD. AND TWS TECHNOLOGY LLC

Defendant(s) Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE, COUNTY OF: NEW CASTLE Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **Wilmington, DE**

On **06/09/2023** at **2:45 P** .M., at **C/O NATIONAL REGISTERED AGENTS, INC., 1209 ORANGE ST., WILMINGTON, DE 19801** deponent served the within

☒ summons and complaint
☐ subpoena duces tecum
☐ citation
☒ NOTICE OF ELECTRONIC FILING; EXHIBIT "A"

on **TWS TECHNOLOGY LLC**  ☒ defendant  ☐ witness  hereinafter called the recipient named therein
☐ respondent

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a **DELAWARE** corporation, by delivering thereat a true copy of each to **ROBIN HUTT-BANKS** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **MANAGING AGENT** thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to ___ at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at ___ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at ___ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | |
|---|---|---|---|
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair |
| ☒ Female | ☒ Black Skin | ☐ Brown Hair | ☐ Balding |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses |

| | | |
|---|---|---|
| ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

☐ Other identifying features:

**WITNESS FEES** ☐ $ ___ the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient ___
☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on **06/09/2023**

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

GILBERT DEL VALLE
License No. 9396425

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY: COMMERCIAL DIVISION

| | |
|---|---|
| **ADEMCO INC. (D/B/A RESIDEO)**, <br><br> Plaintiff, <br><br> — against — <br><br> **TWS TECHNOLOGY LTD.** and **TWS TECHNOLOGY LLC,** <br><br> Defendants. | No. 652743/2023 <br><br> **STIPULATION OF SERVICE** |

Plaintiff Ademco Inc. (d/b/a Resideo) ("**Resideo**") and Defendants TWS Technology Ltd. ("**TWS Limited**") and TWS Technology LLC ("**TWS LLC**") (collectively, "**TWS**"), through their undersigned counsel, stipulate and agree as follows:

**1.** As of the date that this stipulation becomes effective, TWS Limited waives the service requirements of the complaint in the above-captioned action filed on June 7, 2023 (NYSCEF 1) ("**Complaint**"). Thus, as of the stipulation's effective date, TWS Limited acknowledges receipt of the Complaint, having notice of the underlying action, and agrees that service is completed.

**2.** TWS Limited and TWS LLC shall each have 60 days from this stipulation's effective date to file any answers or responsive motions to the Complaint.

**3.** TWS Limited and TWS LLC waive any defense of improper service of process in the above-captioned action. This stipulation shall not waive or prejudice any other claims, defenses, or rights that the parties may have, all of which are expressly reserved.

**4.** This stipulation may be executed in counterparts, and electronic signatures shall be deemed original. Upon execution by all parties, any party may file the stipulation on NYSCEF,

- 2 -

which shall cause the stipulation to become effective for purposes of paragraphs 1 and 2. The stipulation need not be so ordered by the Court to take effect.

Dated: August 23, 2023
       Garden City, New York

**PILLINGER MILLER TARALLO LLP**

*/s/*
Neil L. Sambursky, Esq,
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
nsambursky@pmtlawfirm.com
(516) 408-5388

**GREEN ESPEL PLLP**

Faris A. Rashid, Reg. No. 0391508
Farah N. Famouri, Reg. No. 0403295
222 S. Ninth Street, Suite 2200
frashid@greeneespel.com
ffamouri@greenespel.com
(612) 373-8352
(612) 373-8375

*Counsel for Ademco Inc. d/b/a Resideo*

Dated: August 23, 2023
       New York, New York

**REED SMITH LLP**

*/s/*
John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for TWS Limited and TWS LLC*

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY: COMMERCIAL DIVISION

**ADEMCO INC. (D/B/A RESIDEO)**,

Plaintiff,

— against —

**TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC,**

Defendants.

No. 652743/2023

**STIPULATION OF SERVICE**

Plaintiff Ademco Inc. (d/b/a Resideo) ("**Resideo**") and Defendants TWS Technology Ltd. ("**TWS Limited**") and TWS Technology LLC ("**TWS LLC**") (collectively, "**TWS**"), through their undersigned counsel, stipulate and agree as follows:

1. As of the date that this stipulation becomes effective, TWS Limited waives the service requirements of the complaint in the above-captioned action filed on June 7, 2023 (NYSCEF 1) ("**Complaint**"). Thus, as of the stipulation's effective date, TWS Limited acknowledges receipt of the Complaint, having notice of the underlying action, and agrees that service is completed.

2. TWS Limited and TWS LLC shall each have 60 days from this stipulation's effective date to file any answers or responsive motions to the Complaint.

3. TWS Limited and TWS LLC waive any defense of improper service of process in the above-captioned action. This stipulation shall not waive or prejudice any other claims, defenses, or rights that the parties may have, all of which are expressly reserved.

4. This stipulation may be executed in counterparts, and electronic signatures shall be deemed original. Upon execution by all parties, any party may file the stipulation on NYSCEF,

- 2 -

which shall cause the stipulation to become effective for purposes of paragraphs 1 and 2. The stipulation need not be so ordered by the Court to take effect.

Dated: August 23, 2023
Garden City, New York

**PILLINGER MILLER TARALLO LLP**

*/s/*
Neil L. Sambursky, Esq,
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
nsambursky@pmtlawfirm.com
(516) 408-5388

**GREEN ESPEL PLLP**

Faris A. Rashid, Reg. No. 0391508
Farah N. Famouri, Reg. No. 0403295
222 S. Ninth Street, Suite 2200
frashid@greeneespel.com
ffamouri@greenespel.com
(612) 373-8352
(612) 373-8375

*Counsel for Ademco Inc. d/b/a Resideo*

Dated: August 23, 2023
New York, New York

**REED SMITH LLP**

*/s/*
John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for TWS Limited
and TWS LLC*



# NYSCEF Confirmation Notice

## New York County Supreme Court

The NYSCEF website has received an electronic filing on 08/24/2023 09:08 AM. Please keep this notice as a confirmation of this filing.

**652743/2023**
**ADEMCO INC. D/B/A RESIDEO v. TWS TECHNOLOGY LTD et al**
Assigned Judge: None Recorded

### Documents Received on 08/24/2023 09:08 AM

| Doc # | Document Type |
|---|---|
| 4 | STIPULATION - SERVICE |

### Filing User

Neil L Sambursky | nsambursky@pmtlawfirm.com | 516-408-5388
1140 Franklin Avenue Suite 214, Garden City, NY 11530

### E-mail Notifications

An email regarding this filing has been sent to the following on 08/24/2023 09:08 AM:

   NEIL L. SAMBURSKY - nsambursky@pmtlawfirm.com

### Email Notifications NOT Sent

| Role | Party | Attorney |
|---|---|---|
| Respondent | TWS TECHNOLOGY LTD | No consent on record. |
| Respondent | TWS TECHNOLOGY LLC | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY: COMMERCIAL DIVISION

---

**ADEMCO INC. (D/B/A RESIDEO),**

Plaintiff,

— against —

**TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC,**

Defendants.

---

No. 652743/2023

**STIPULATION OF SERVICE**

Plaintiff Ademco Inc. (d/b/a Resideo) ("**Resideo**") and Defendants TWS Technology Ltd. ("**TWS Limited**") and TWS Technology LLC ("**TWS LLC**") (collectively, "**TWS**"), through their undersigned counsel, stipulate and agree as follows:

1. As of the date that this stipulation becomes effective, TWS Limited waives the service requirements of the complaint in the above-captioned action filed on June 7, 2023 (NYSCEF 1) ("**Complaint**"). Thus, as of the stipulation's effective date, TWS Limited acknowledges receipt of the Complaint, having notice of the underlying action, and agrees that service is completed.

2. TWS Limited and TWS LLC shall each have 60 days from this stipulation's effective date to file any answers or responsive motions to the Complaint.

3. TWS Limited and TWS LLC waive any defense of improper service of process in the above-captioned action. This stipulation shall not waive or prejudice any other claims, defenses, or rights that the parties may have, all of which are expressly reserved.

4. This stipulation may be executed in counterparts, and electronic signatures shall be deemed original. Upon execution by all parties, any party may file the stipulation on NYSCEF,

- 2 -

which shall cause the stipulation to become effective for purposes of paragraphs 1 and 2. The stipulation need not be so ordered by the Court to take effect.

Dated:  August 23, 2023
        Garden City, New York

**PILLINGER MILLER TARALLO LLP**

/s/ *[signature]*

Neil L. Sambursky, Esq,
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
nsambursky@pmtlawfirm.com
(516) 408-5388

**GREEN ESPEL PLLP**

Faris A. Rashid, Reg. No. 0391508
Farah N. Famouri, Reg. No. 0403295
222 S. Ninth Street, Suite 2200
frashid@greeneespel.com
ffamouri@greenespel.com
(612) 373-8352
(612) 373-8375

*Counsel for Ademco Inc. d/b/a Resideo*

Dated:  August 23, 2023
        New York, New York

**REED SMITH LLP**

/s/ *[signature]*

John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for TWS Limited and TWS LLC*