# Exhibit 3

## TWS LLC's Consent to Removal

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY: COMMERCIAL DIVISION

| | |
|---|---|
| ADEMCO INC. (D/B/A RESIDEO),<br><br>  Plaintiff,<br><br>  — against —<br><br>TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC,<br><br>  Defendants. | No. 652743/2023<br><br>**TWS TECHNOLOGY LLC'S CONSENT TO REMOVAL** |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(b)(2)(C), Defendant TWS Technology LLC ("**TWS LLC**") consents to removal of the above-captioned action to the United States District Court for the Southern District of New York.

By executing this consent, TWS LLC does not waive any defenses available to it, and does not admit any of the allegations in plaintiff's Complaint.

Respectfully submitted:

Dated:  September 21, 2023
        New York, New York

**REED SMITH LLP**

*/s/ John C. Scalzo*
John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for TWS LLC*