UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADEMCO INC. (D/B/A RESIDEO)**, <br><br> Plaintiff, <br><br> — against — <br><br> **TWS TECHNOLOGY LTD.** and **TWS TECHNOLOGY LLC**, <br><br> Defendants. | No. 23-cv-08383 <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Casey J. Olbrantz of Reed Smith LLP hereby enters his appearance as counsel in the above-captioned action for Defendants TWS Technology Ltd. and TWS Technology LLC.

Respectfully submitted:

Dated:   September 26, 2023
         New York, New York

**REED SMITH LLP**

*/s/ Casey J. Olbrantz*
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
colbrantz@reedsmith.com

*Counsel for Defendants*