**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**ADEMCO INC. (D/B/A RESIDEO),**

Plaintiff,

— against —

**TWS TECHNOLOGY LTD.** and
**TWS TECHNOLOGY LLC**,

Defendants.

No. 23-cv-08383

**DEFENDANTS' RULE 7.1**
**DISCLOSURE STATEMENTS**

---

Pursuant to Rule 7.1, Defendant TWS Technology LLC discloses that it is wholly owned by TWS Technology Limited, and Defendant TWS Technology Limited discloses that it is wholly owned by TWS Technology (Guangzhou) Limited.

Respectfully submitted:

Dated:      September 26, 2023
            New York, New York

**REED SMITH LLP**

*/s/ John C. Scalzo*
John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for Defendants*