

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**John C. Scalzo**
Direct Phone:  +1 212 549 0219
Email:  jscalzo@reedsmith.com

September 26, 2023

**VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *Ademco Inc. (D/B/A Resideo) v. TWS Technology Ltd. et al.*, No. 23-CV-8383(AS)(SLC)

Dear Judge Subramanian:

I write on behalf of the defendants in the above-captioned matter. Pursuant to the Court's directive, Defendants have served the Court's September 26, 2023 Notice of Initial Pretrial Conference (ECF 3) on all known counsel for the plaintiff via email. A copy of that email is attached to this letter as Exhibit 1.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ John C. Scalzo*
John C. Scalzo

cc:   Counsel of Record (*via ECF*)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON