# EXHIBIT 1

| | |
|---|---|
| **From:** | Olbrantz, Casey J. |
| **To:** | FRashid@greeneespel.com; FFamouri@greeneespel.com; nsambursky@pmtlawfirm.com |
| **Cc:** | Scalzo, John C. |
| **Subject:** | Ademco Inc. v. TWS Technology Ltd. et al., 23-CV-8383(AS)(SLC) |
| **Date:** | Tuesday, September 26, 2023 3:54:48 PM |
| **Attachments:** | Ademco_Inc._v._TWS_Technology__7.pdf |

Counsel,

Please see the attached Notice of Initial Pretrial Conference that was issued earlier today by Judge Subramanian.

Best regards,

**Casey J. Olbrantz**
Senior Associate
Global Commercial Disputes

colbrantz@reedsmith.com
D: 212.521.5404
M: 646.818.0913

**Reed Smith**
599 Lexington Avenue
New York, NY 10022
reedsmith.com