**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

ADEMCO INC. D/B/A RESIDEO,    :
                             :
            Plaintiff,       :
                             :
     -against-               :     Case No. 1:23-cv-08383-AS
                             :
TWS TECHNOLOGY LTD. and TWS  :     **NOTICE OF APPEARANCE**
TECHNOLOGY LLC,              :
                             :
            Defendant.       :
                             :
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Neil L. Sambursky, Esq. appears on behalf of the

Defendants, ADEMCO INC. D/B/A RESIDEO, in the above entitled action and demands that all

papers in this action be served upon the undersigned at the office address set below.

Dated:     Garden City, New York
           September 27, 2023

                        Yours, etc.,

                  PILLINGER MILLER TARALLO, LLP

                  _____
                  Neil L. Sambursky, Esq
                  *Attorneys for Defendants*
                  ADEMCO INC. D/B/A RESIDEO
                  1140 Franklin Avenue Suite 214
                  Garden City, New York 11530
                  nsambursky@pmtlawfirm.com
                  PMT File No.  N-RESID-00123

TO: ALL PARTIES VIA ECF