UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **ADEMCO INC. (D/B/A RESIDEO)**, <br><br> Plaintiff, <br><br> — against — <br><br> **TWS TECHNOLOGY LTD.** and **TWS TECHNOLOGY LLC**, <br><br> Defendants. | No. 23-cv-08383(AS)(SLC) <br><br> **NOTICE OF MOTION** <br> **UNDER RULE 12** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and Declaration of John C. Scalzo, Defendants TWS Technology Ltd. ("**TWS Hong Kong**") and TWS Technology LLC ("**TWS USA**"), through their undersigned counsel, respectfully move this Court, before the Honorable Arun Subramanian, United States District Judge, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing the complaint filed by Plaintiff Ademco Inc. (D/B/A Resideo) ("**Resideo**") (ECF 1-1) pursuant to Rule 12(b)(2) & (6), or, in the alternative, to require a more definite statement of the complaint under Rule 12(e), and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted:

Dated: October 23, 2023
       New York, New York

**REED SMITH LLP**

*/s/ John C. Scalzo*
John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for Defendants*