UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADEMCO INC. (D/B/A RESIDEO)**, <br><br> Plaintiff, <br><br> — against — <br><br> **TWS TECHNOLOGY LTD.** and **TWS TECHNOLOGY LLC**, <br><br> Defendants. | No. 23-cv-08383(AS)(SLC) <br><br> **DECLARATION OF** <br> **JOHN C. SCALZO** |

I, John C. Scalzo, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

**1.** I am a partner at Reed Smith LLP, counsel for Defendants TWS Technology Ltd. ("**TWS Hong Kong**") and TWS Technology LLC ("**TWS USA**"). I am familiar with the facts, pleadings, and proceedings referenced herein. I submit this Declaration in support of TWS's Rule 12(b)(2) & (6) motion to dismiss.

**2.** Pursuant to Rule 8.G. of this Court's Individual Practices in Civil Cases, a non-argumentative chart identifying the elements of Plaintiff's claims that are not plausibly alleged is attached as **Exhibit 1.**

Dated: October 23, 2023  　　　　　　　　　 */s/ John C. Scalzo*
　　　　　New York, New York 　　　　　　　　　 John C. Scalzo