

___

**Neil L. Sambursky**  1140 Franklin Ave., Suite 214, Garden City, NY 11530
*Partner*  Ph: (516) 408-5388
Email: nsambursky@pmtlawfirm.com  Fax: (914) 236-1030

October 26, 2023

*Plaintiff's request is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 14.*

**By ECF**

SO ORDERED.

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 1007-1312

Arun Subramanian, U.S.D.J.
Date: October 27, 2023

    Re: ***Ademco Inc. d/b/a Resideo v. TWS Technology Ltd., et.al.***
          Case No.:  1:23-cv-08383-AS

Dear Judge Subramanian,

We represent Plaintiff Ademco Inc. d/b/a Resideo Plaintiff, along with Faris A. Rashid and Farah N. Famouri of Green Espel PLLP, in this litigation.

This letter-motion is submitted pursuant to Your Honor's Individual Practices Rule 3 (E), to extend time-frames and set a briefing schedule for Defendants TWS Technology LLC's and TWS Technology LTD's, motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) (2) and (6). On October 23, 2023, Defendants filed their motion. Plaintiff's response is due November 6, 2023; and Defendants' Reply submission is due November 13, 2023. Given the substantive issues raised and the schedules of the attorneys involved, Plaintiff requests that it file their opposition on November 13, 2023, with Defendants' Reply submission to be filed on November 23, 2023.

Counsel for defendants does not object to this schedule. No prior application concerning this motion practice has been made.

Respectfully submitted,

PILLINGER MILLER TARALLO, LLP

By_____
     NEIL L. SAMBURSKY

NLS/kk
cc: All Counsel Via ECF



_____

**HON. ARUN SUBRAMANIAN**
**OCTOBER 26, 2023**
**PAGE 2 OF 2**


Faris A. Rashid, Esq.
Farah Famouri, Esq.
GREENE ESPEL, PLLP
*Attorneys for Plaintiff (to be admitted Pro Hac Vice)*
ADEMCO INC. D/B/A RESIDEO
222 S 9th Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 373-0830
ffamouri@greeneespel.com
frashid@greeneespel.com


Casey Joseph Olbrantz, Esq.
John Christian Scalzo, Esq.
REED SMITH LLP
*Attorneys for Defendants*
TWS TECHNOLOGY LTD.
and TWS TECHNOLOGY LLC
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
colbrantz@reedsmith.com
jscalzo@reedsmith.com