

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

John C. Scalzo
Direct Phone: +1 212 549 0219
Email: jscalzo@reedsmith.com

November 3, 2023

**VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** *Ademco Inc. (D/B/A Resideo) v. TWS Technology Ltd. et al.*,
> <u>No. 23-CV-8383 (AS) (SLC)</u>

Dear Judge Subramanian:

I write on behalf of defendants TWS Technology Ltd. ("**TWS Hong Kong**") and TWS Technology LLC ("**TWS USA**") (together, "**Defendants**"). Yesterday, the Court granted an extension of time for plaintiff Ademco Inc. ("**Resideo**") to file an amended complaint, the deadline for which is now November 27, 2023. (ECF 17.) Given Resideo's representations in its letter motion that the amended complaint will entail "significant revisions" (ECF 16), the parties jointly request that the following overall schedule be so-ordered:

> **November 27, 2023:** Resideo files its amended complaint.
>
> **January 10, 2024:** Defendants file an answer or a new motion to dismiss.
>
> **February 7, 2024:** Resideo files an opposition to the motion to dismiss (if applicable).
>
> **February 21, 2024:** Defendants file a reply in support of their motion (if applicable).

This is the parties' first request for such relief. There are no other deadlines in the case, and the previously scheduled pre-trial conference has been adjourned *sine die*. (ECF 13.)

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ John C. Scalzo*
John C. Scalzo