**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
ADEMCO INC. D/B/A RESIDEO,  :
                              Plaintiff,  :
                                          Case No. 1:23-cv-08383-AS
                  -against-  :
                                          **MOTION FOR ADMISSION**
TWS TECHNOLOGY LTD. and TWS  :     **PRO HAC VICE**
TECHNOLOGY LLC,  :
                             Defendant.  :
-------------------------------------------------------------X

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Farah Famouri, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Ademco Inc. d/b/a Resideo, in the above-captioned action.

       I am in good standing of the bars of the States of Minnesota and Wisconsin and there are no pending disciplinary proceeding against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached Certificates of Good Standing to my Affidavit filed herewith.

Dated: November 8, 2023       Respectfully submitted,

                                      **GREENE ESPEL PLLP**

                                      */s/Farah Famouri*
                                      Farah Famouri, Esq. (#0403295)
                                      *Attorney for Plaintiff* ADEMCO INC. D/B/A RESIDEO
                                      222 S 9th Street, Suite 2200
                                      Minneapolis, Minnesota 55402
                                      (612) 373-0830
                                      ffamouri@greeneespel.com

**TO:** All Counsel (By ECF)

Neil L. Sambursky, Esq.
PILLINGER MILLER TARALLO, LLP
*Attorney for Plaintiff*
ADEMCO INC. D/B/A RESIDEO
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
nsambursky@pmtlawfirm.com
(516) 408-5388
File No. N-RESID-00123

Casey Joseph Olbrantz
John Christian Scalzo
REED SMITH LLP
*Attorney for Defendants*
TWS TECHNOLOGY LTD.
and TWS TECHNOLOGY LLC
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
colbrantz@reedsmith.com
jscalzo@reedsmith.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
ADEMCO INC. D/B/A RESIDEO,

                Plaintiff,

                -against-

TWS TECHNOLOGY LTD. and TWS
TECHNOLOGY LLC,

                Defendant.

------------------------------------------------------------X

Case No. 1:23-cv-08383-AS

**AFFIDAVIT OF**
**FARAH FAMOURI, ESQ.**
**IN SUPPORT OF MOTION FOR**
**ADMISSION PRO HAC VICE**

I, Farah Famouri, Esq., of full age, hereby certifies as follows:

1. I am an attorney at law of the State of Minnesota and am an attorney with the law firm of Greene Espel PLLC, attorneys for Plaintiff Ademco Inc. d/b/a Resideo ("Resideo"), in the above-captioned matter. I am an attorney responsible for the handling of this matter and am fully familiar with the facts as stated herein.

2. I am licensed to practice law in the State of Minnesota and a member in good standing of the Bars of the States of Minnesota and Wisconsin and the United States District Court for the District of Minnesota. No disciplinary matters are pending against me and I am in compliance with the requirements of Rule 1:21-1. My certificates of good standing for the Minnesota and Wisconsin state bars are attached.

3. I make this Affidavit in support of my application for admission to the Bar of this Court *pro hac vice*.

4. I am familiar with and will comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Rules of Professional Conduct.

5.  I agree to be subject to the jurisdiction of the courts of New York with respect to any acts occurring during the course of my participation in this matter.

*Farah Famouri*
Farah Famouri, Esq.

Sworn to before me this 2nd day of November, 2023

*Sheila L. Howell*
NOTARY PUBLIC

> Sheila L. Howell
> NOTARY PUBLIC
> MINNESOTA
> My Commission Expires Jan 31, 2025

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

FARAH NASREEN FAMOURI

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

July 27, 2022

Given under my hand and seal of this court on

October 25, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### FARAH FAMOURI

was admitted to practice as an attorney within this state on May 26, 2020 and is presently in good standing in this court.

Dated: October 25, 2023

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ADEMCO INC. D/B/A RESIDEO,

          Plaintiff,

   -against-

TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC,

          Defendant.

---------------------------------------------------------------X

Case No. 1:23-cv-08383-AS

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Farah Famouri, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the States of Minnesota and Wisconsin, and that her contact information is as follows:

    Applicant's Name:   Farah Famouri, Esq (#0403295)
    Firm Name:   GREENE ESPEL PLLP
    Address:   222 S 9th Street, Suite 2200
    City/State/Zip:   Minneapolis, Minnesota 55402
    Telephone:   (612) 373-0830
    Email:   ffamouri@greeneespel.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Ademco Inc. d/b/a Resideo in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in Unites States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                                      _____
                                                                                       Hon. James L. Cott, U.S.M.J.