**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| ADEMCO INC. D/B/A RESIDEO, | : |
| Plaintiff, | : |
| -against- | : Case No. 1:23-cv-08383-AS |
| TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC, | : **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendant. | : |

-------------------------------------------------------------X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Faris A. Rashid, Esq., hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Ademco Inc. d/b/a Resideo, in the above-captioned action.

I am in good standing of the bars of the States of Minnesota and Wisconsin and there are no pending disciplinary proceeding against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached Certificates of Good Standing to my Affidavit filed herewith.

Dated: November 8, 2023          Respectfully submitted,

**GREENE ESPEL PLLP**

*/s/ Faris Rashid*
Faris A. Rashid, Esq. (0391508)
*Attorney for Plaintiff* ADEMCO INC. D/B/A RESIDEO
222 S 9th Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 373-0830
frashid@greeneespel.com

**TO:** All Counsel (By ECF)

Neil L. Sambursky, Esq.
PILLINGER MILLER TARALLO, LLP
*Attorney for Plaintiff*
ADEMCO INC. D/B/A RESIDEO
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
nsambursky@pmtlawfirm.com
(516) 408-5388
File No. N-RESID-00123

Casey Joseph Olbrantz
John Christian Scalzo
REED SMITH LLP
*Attorney for Defendants*
TWS TECHNOLOGY LTD.
and TWS TECHNOLOGY LLC
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
colbrantz@reedsmith.com
jscalzo@reedsmith.com