UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ADEMCO INC. D/B/A RESIDEO,

          Plaintiff,

   -against-

TWS TECHNOLOGY LTD. and TWS
TECHNOLOGY LLC,

          Defendant.
-----------------------------------------------------------X

Case No. 1:23-cv-08383-AS

**AFFIDAVIT OF FARIS A. RASHID, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Faris A. Rashid, Esq., of full age, hereby certifies as follows:

1. I am an attorney at law in the State of Minnesota and am a partner with the law firm of Greene Espel PLLP, attorneys for Plaintiff Ademco Inc. d/b/a Resideo ("Resideo"), in the above-captioned matter. I am an attorney responsible for the handling of this matter and am fully familiar with the facts as stated herein.

2. I am licensed to practice law in the States of Minnesota and Wisconsin, and a member in good standing of the Bars of the States of Minnesota and Wisconsin, and the United States District Court for the District of Minnesota. No disciplinary matters are pending against me and I am in compliance with the requirements of Rule 1:21-1. My certificates of good standing for the Minnesota and Wisconsin state bars are attached.

3. I make this Affidavit in support of my application for admission to the Bar of this Court *pro hac vice*.

4. I am familiar with and will comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Rules of Professional Conduct.

5.   I agree to be subject to the jurisdiction of the courts of New York with respect to any acts occurring during the course of my participation in this matter.

_____
FARIS A. RASHID, ESQ

Sworn to before me this 2/1p day
of November 2023

_____
NOTARY PUBLIC

