UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ADEMCO INC. D/B/A RESIDEO,

        Plaintiff,

-against-

TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC,

        Defendant.

---------------------------------------------------------------X

Case No. 1:23-cv-08383-AS

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Faris A. Rashid, Esq. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Minnesota and Wisconsin, and that his contact information is as follows:

    Applicant's Name:    Faris A. Rashid, Esq. (#0391508)
    Firm Name:    GREENE ESPEL PLLP
    Address:    222 S 9th Street, Suite 2200
    City/State/Zip:    Minneapolis, Minnesota 55402
    Telephone:    (612) 373-0830
    Email:    frashid@greeneespel.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Ademco Inc. d/b/a Resideo in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in Unites States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated: _____                                                 _____
                                                                                                        Hon. James L. Cott, U.S.M.J.