UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ADEMCO INC. (D/B/A RESIDEO)**,

　　Plaintiff,

— against —

**TWS TECHNOLOGY (GUANGZHOU) LIMITED, TWS TECHNOLOGY LTD.** and **TWS TECHNOLOGY LLC**,

　　Defendants.

---

No. 23-cv-08383(AS)(SLC)

**STIPULATION OF SERVICE AND BRIEFING SCHEDULE**

　　Plaintiff Ademco Inc. (d/b/a Resideo) ("**Resideo**") and Defendants TWS Technology (Guangzhou) Limited ("**TWS GZ**"), TWS Technology Ltd. ("**TWS HK**") and TWS Technology LLC ("**TWS USA**") (collectively, "**TWS**"), through their undersigned counsel, stipulate and agree as follows:

　　**1.**　　Resideo filed its first amended complaint in the above-captioned action on November 27, 2023 ("**FAC**"), which named TWS GZ as a defendant in this action for the first time.

　　**2.**　　TWS GZ agrees to waive the service requirements of the FAC, and acknowledges receipt of the FAC, having notice of the underlying action, and agrees that service is completed.

　　**3.**　　In consideration for TWS GZ's voluntary acceptance of service of process, each of the TWS defendants shall have until February 26, 2024 to answer or otherwise respond to the FAC.

　　**4.**　　Should the TWS defendants file a motion to dismiss, Resideo shall have until March 25, 2024 to file an opposition, and the TWS defendants shall have until April 12, 2024 to file a reply.

- 2 -

5.  TWS GZ waives any defense of improper service of process in the above-captioned action. This stipulation shall not waive or prejudice any other claims, defenses, or rights that the parties may have, all of which are expressly reserved.

6.  This stipulation may be executed in counterparts, and electronic signatures shall be deemed original. Upon execution by all parties, any party may file the stipulation with the Court.

Dated:  December 20, 2023
        Minneapolis, Minnesota

**PILLINGER MILLER TARALLO LLP**

Neil L. Sambursky, Esq,
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
nsambursky@pmtlawfirm.com
(516) 408-5388

**GREEN ESPEL PLLP**

/s/Faris A. Rashid
Faris A. Rashid, Reg. No. 0391508
Farah N. Famouri, Reg. No. 0403295
222 S. Ninth Street, Suite 2200
frashid@greeneespel.com
ffamouri@greenespel.com
(612) 373-8352
(612) 373-8375

*Counsel for Plaintiff*

Dated:  December 20, 2023
        New York, New York

**REED SMITH LLP**

/s/John C. Scalzo
John C. Scalzo
Casey J. Olbrantz
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jscalzo@reedsmith.com
colbrantz@reedsmith.com

*Counsel for Defendants*

The Clerk of Court is directed to terminate the motion at Dkt. 9.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 27, 2023