UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADEMCO INC. (D/B/A RESIDEO),<br><br>Plaintiff,<br><br>— against —<br><br>TWS TECHNOLOGY (GUANGZHOU) LIMITED, TWS TECHNOLOGY LTD. and TWS TECHNOLOGY LLC,<br><br>Defendants. | No. 23-cv-08383 (AS) (SLC)<br><br>NOTICE OF MOTION<br><br>ORAL ARGUMENT REQUESTED |

| Movant(s): | <ul><li>Defendant TWS Technology (Guangzhou) Limited ("**TWS GZ**");</li><li>Defendant TWS Technology Ltd. ("**TWS HK**"); and</li><li>Defendant TWS Technology LLC ("**TWS USA**")</li></ul> |
|---|---|
| Relief: | <ul><li>Full dismissal with prejudice of Plaintiff's Amended Complaint (ECF 24) ("**FAC**") against TWS USA and TWS GZ;</li><li>Partial dismissal with prejudice of the FAC against TWS HK; and</li><li>Any further relief the Court deems just and proper</li></ul> |
| Basis: | <ul><li>Fed. R. Civ. P. 12(b)(2) and (6)</li></ul> |
| Papers: | <ul><li>Defendants' Memorandum of Law dated February 26, 2024</li><li>Declaration of John C. Scalzo dated February 26, 2024, with Exhibits</li></ul> |
| Schedule: | <ul><li>Opposition due March 25, 2024 (ECF 26)</li><li>Reply due April 12, 2024 (ECF 26)</li></ul> |
| Judge: | **Honorable Arun Subramanian**<br>Courtroom: 15A<br>Daniel Patrick Moynihan, United States Courthouse<br>500 Pearl Street, New York, New York 10007 |

| | |
|---|---|
| Respectfully submitted: | **REED SMITH LLP** |
| Dated: February 26, 2024<br>New York, New York | */s/ John C. Scalzo*<br>John C. Scalzo<br>Casey J. Olbrantz<br>Karunya Venugopal<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 521-5400<br>jscalzo@reedsmith.com<br>colbrantz@reedsmith.com<br>kvenugopal@reedsmith.com<br><br>*Counsel for Defendants* |