# Exhibit 1

## Rule 8.G. Chart

## RULE 8.G. FAILURE TO STATE A CLAIM CHART

| "Classic" Alter Ego Liability Against TWS GZ (and/or TWS HK) ||
|---|---|
| **Elements Not Plausibly Alleged:** | |
| Complete domination of the subsidiary corporation(s) | |
| Complete domination was used to commit a fraud or wrong | |
| The fraudulent or wrongful use of the corporate form injured plaintiff | |

| "Reverse" Alter Ego Liability Against TWS USA (and/or TWS HK) ||
|---|---|
| **Elements Not Plausibly Alleged:** | |
| Complete domination of the subsidiary corporation(s) | |
| Complete domination was used to commit a fraud or wrong | |
| The fraudulent or wrongful use of the corporate form injured plaintiff | |
| Existence of exceptional circumstances and egregious facts | |
| Additional "reverse piercing" equitable factors | |

| All Breach of Contract Claims Against TWS USA and TWS GZ ||
|---|---|
| **Elements Not Plausibly Alleged:** | |
| Existence of a contract between the parties | |

| Breach of The Epidemic Failure Provision Against All Defendants ||
|---|---|
| **Elements Not Plausibly Alleged:** | |
| Breach of contract | |

| All Breach of Express and Implied Warranty Claims Against TWS USA and TWS GZ ||
|---|---|
| **Elements Not Plausibly Alleged:** | |
| Existence of contractual privity | |

| Negligent Misrepresentation Against All Defendants | |
|---|---|
| **Elements Not Plausibly Alleged:** | |
| Existence of a special relationship | |
| A false representation the defendant(s) should have known was incorrect | |
| The information supplied was known be defendant(s) to be desired by plaintiff for a serious purpose | |
| Plaintiff intended to rely and act upon the alleged representation | |
| Plaintiff reasonably relied on the alleged representation to its detriment | |
| Plaintiff endured damages from the alleged representation that are not recoverable in contract | |