**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ADEMCO INC. (D/B/A RESIDEO),** :<br><br>Plaintiff, :<br><br>-against- :<br><br>**TWS TECHNOLOGY (GUANGZHOU) LIMITED, TWS TECHNOLOGY LTD., and TWS TECHNOLOGY LLC,** :<br><br>Defendants. | No. 23-CV-08383 (AS/SLC) |

**DECLARATION OF FARIS RASHID**

I, **FARIS RASHID**, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm of Greene Espel PLLP and am one of the attorneys representing Ademco Inc. d/b/a Resideo ("Plaintiff" or "Resideo") in the above-entitled action. I am familiar with the facts, pleadings, and proceedings referenced herein and I submit this Declaration in support of Resideo's Memorandum in Opposition to Defendants TWS Technology (Guangzhou) Limited ("TWS GZ"), TWS Technology Ltd. (TWS HK"), and TWS Technology LLC's ("TWS USA") (collectively "Defendants" or "TWS") motion to dismiss Plaintiff's First Amended Complaint ("FAC").

2.      Pursuant to Rule 8.G. of this Court's Individual Practices in Civil Cases, a non-argumentative chart identifying the paragraphs in the FAC plausibly alleging the elements that TWS asserts are not plausibly alleged is attached as **Exhibit 1**.

3.       Additionally, TWS's counsel states that Resideo's redline attached to the FAC did not show the allegations that Resideo deleted from its original Complaint. Though our law firm uses different redline software, Resideo's attached redline reflects 47 deletions.


Dated:        Minneapolis, Minnesota
              March 25, 2024

                                        *s/Faris Rashid*
                                        Faris Rashid