## RULE 8.G. FAILURE TO STATE A CLAIM CHART

| "Classic" Alter Ego Liability Against TWS GZ (and/or TWS HK) | |
|---|---|
| Elements Defendants Assert Not Plausibly Alleged: | FAC Paragraphs Plausibly Alleging Elements: |
| Complete domination of the subsidiary corporation(s) | FAC ¶¶ 3–4, 14–15, 18, 20, 22–27, 31, 33, 35 & Exs. B at 6, 11, 15; D at 1; E at 1. |
| Complete domination was used to commit a fraud or wrong | FAC ¶¶ 28–29, 30–33. Resideo also argues for a different legal standard. |
| The fraudulent or wrongful use of the corporate form injured plaintiff | FAC ¶¶ 3–4, 14–15, 18, 20, 22–26, 35 & Exs. B at 6, 11, 15; D at 1; E at 1. |

| "Reverse" Alter Ego Liability Against TWS USA (and/or TWS HK) | |
|---|---|
| Elements Defendants Assert Not Plausibly Alleged: | FAC Paragraphs Plausibly Alleging Elements: |
| Complete domination of the subsidiary corporation(s) | FAC ¶¶ 3–4, 14–15, 18, 20, 22–27, 31, 33, 35 & Exs. B at 6, 11, 15; D at 1; E at 1. |
| Complete domination was used to commit a fraud or wrong | FAC ¶¶ 28–29, 30–33. Resideo also argues for a different legal standard. |
| The fraudulent or wrongful use of the corporate form injured plaintiff | FAC ¶¶ 3–4, 14–15, 18, 20, 22–27, 31, 33, 35 & Exs. B at 6, 11, 15; D at 1; E at 1. |
| Existence of exceptional circumstances and egregious facts | FAC ¶¶ 3–4, 14–15, 18, 20, 22–27, 31, 33, 35 & Exs. B at 6, 11, 15; D at 1; E at 1. |
| Additional "reverse piercing" equitable factors | FAC ¶¶ 3–4, 14–15, 18, 20, 22–27, 31, 33, 35 & Exs. B at 6, 11, 15; D at 1; E at 1. |

| All Breach of Contract Claims Against TWS USA and TWS GZ | |
|---|---|
| Elements Defendants Assert Not Plausibly Alleged: | FAC Paragraphs Plausibly Alleging Elements: |
| Existence of a contract between the parties | FAC ¶¶ 31–33, 36, 47–53, 59, 70 & Ex. F. |

| Breach of The Epidemic Failure Provision Against All Defendants | |
|---|---|
| Elements Defendants Assert Not Plausibly Alleged: | FAC Paragraphs Plausibly Alleging Elements: |
| Breach of Contract | FAC ¶¶ 79–80, 84, 90–94 & Ex. A at 4. |

| All Breach of Express and Implied Warranty Claims Against TWS USA and TWS GZ | |
|---|---|
| Elements Defendants Assert Not Plausibly Alleged: | FAC Paragraphs Plausibly Alleging Elements: |
| Existence of contractual privity | FAC ¶¶ 31–33, 36, 47–53, 59, 70 & Ex. F. |
| | |

| Negligent Misrepresentation Against All Defendants | |
| --- | --- |
| **Elements Defendants Assert Not Plausibly Alleged:** | **FAC Paragraphs Plausibly Alleging Elements:** |
| **Existence of special relationship** | FAC ¶¶ 46–52, 59–63, 103, 109. |
| **A false representation the defendant(s) should have known was incorrect** | FAC ¶ 47–50, 62. |
| **The information supplied was known [by] defendant(s) to be desired by plaintiff for a serious purpose** | Not raised in Defendants' Motion to Dismiss the FAC.<br><br>FAC ¶¶ 46–47. |
| **Plaintiff intended to rely and act upon the alleged representation** | Not raised in Defendants' Motion to Dismiss the FAC.<br><br>FAC ¶¶ 46–47, 52, 59–63, 103, 109. |
| **Plaintiff reasonably relied on the alleged representation to its detriment** | FAC ¶¶ 52, 59–63, 103, 109. |
| **Plaintiff endured damages from the alleged representation that are not recoverable in contract** | FAC ¶¶ 44, 64, 66–69, 78, 84–85, 87. |