UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADEMCO INC. (D/B/A RESIDEO),<br><br>                       Plaintiff,<br><br>v.<br><br>TWS TECHNOLOGY (GUANGZHOU) LIMITED, TWS TECHNOLOGY LTD., and TWS TECHNOLOGY LLC,<br><br>                       Defendants. | Civil Action No. 23-cv-08383 (AS) (SLC)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in the above-entitled action for Defendants TWS Technology (Guangzhou) Limited, TWS Technology Ltd., and TWS Technology LLC. I certify that I am admitted to practice in this Court and respectfully request that all pleadings, notices, orders, correspondence, and other papers filed in connection with the above-entitled action be served on the undersigned.

Dated: April 9, 2024
       New York, NY

                                         /s Ronald Abramson
                                        Ronald Abramson
                                        LISTON ABRAMSON LLP
                                        The Chrysler Building
                                        405 Lexington Avenue, 46th Floor
                                        New York, NY 10174
                                        Tel:  (212) 257-1630
                                        Email:  ron.abramson@listonabramson.com