UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ademco Inc. d/b/a Resideo,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>TWS Technology LTD et al.,<br><br>　　　　　　　　　　Defendants. | 23-CV-8383 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　The deadline to move for summary judgment was April 21, 2025. No motions for summary judgment were filed. By **May 30, 2025**, the parties should meet and confer and propose trial dates in September or October this year.

　　SO ORDERED.

Dated: May 27, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge